UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-cv-24423

RANEE BARTOLACCI, an individual,

    Plaintiff,

v.

YH LEX ESTATES LLC, a New York limited liability company,

    Defendant,

and

EZL 40 Meadow Lane, LLC, a Delaware limited liability company,

    Nominal Defendant.
_____/

**PLAINTIFF'S AGREED MOTION FOR EXTENSION OF TIME
TO RESPOND TO YH LEX ESTATES LLC'S
MOTION TO STAY, OR ALTERNATIVELY, DISMISS OR TRANSFER**

    Plaintiff, RANEE BARTOLACCI ("Plaintiff"), pursuant to Federal Rule 6(b) and through its undersigned counsel, hereby moves for an agreed extension of time to respond to Defendant, YH Lex Estates LLC's Motion to Stay, or Alternatively, Dismiss or Transfer (the "Motion"), and states as follows:

    1.    Bartolacci's response to the Motion is currently due on or before January 19, 2022.

    2.    Counsel for Bartolacci requires additional time to respond to the Motion.

    3.    Defendant's counsel has agreed to the requested extension and the extension will not unnecessarily delay this action, and neither party will be prejudiced by the granting of this Motion for Extension of Time.

**WHEREFORE**, Plaintiff, RANEE BARTOLACCI, respectfully requests that the Court enter an Order granting RANEE BARTOLACCI an extension of time through February 2, 2022 to respond to YH Lex Estates LLC's Motion to Stay, Or Alternatively, Dismiss Or Transfer, and awarding such other and further relief the Court deems just and proper.

## CERTIFICATE OF CONFERENCE

Undersigned counsel confirms that prior to filing this Motion he spoke with counsel for Defendant, who advised that he agreed to the requested extension.

*/s/ John A. Moore*
JOHN A. MOORE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of January 2022, a true and correct copy of the foregoing has been furnished *via* the CM/ECF to all counsel or parties of record on the service list.

**VINCENT F. VACCARELLA, P.A.**
*Attorneys for Plaintiff, Ranee Bartolacci*
888 East Las Olas Blvd.
Suite 700
Fort Lauderdale, FL 33301
Office: 305-932-4044

*/s/ John A. Moore*
JOHN A. MOORE
Florida Bar No.: 91820
jmoore@v-law.net