UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-cv-24423

RANEE BARTOLACCI, an individual,

    Plaintiff,

v.

YH LEX ESTATES LLC, a New York limited liability company,

    Defendant,

and

EZL 40 Meadow Lane, LLC, a Delaware limited liability company,

    Nominal Defendant.

_____/

**ORDER GRANTING PLAINTIFF'S AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO YH LEX ESTATES LLC'S MOTION TO STAY, OR ALTERNATIVELY, DISMISS OR TRANSFER**

THIS CAUSE came before the Court on Plaintiff's Agreed Motion For Extension Of Time to Respond To YH Lex Estates LLC's Motion To Stay, Or Alternatively, Dismiss Or Transfer, and the Court having been advised of the agreement of the parties, and otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that Plaintiff, RANEE BARTOLACCI shall respond to Defendant, YH Lex Estates LLC's Motion to Stay, Or Alternatively, Dismiss Or Transfer, on or before February 2, 2022.

**DONE AND ORDERED** in Miami, Florida this _____ day of January 2022.

                                                    MARCIA G. COOKE
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished:
Counsel of record