**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| RANEE BARTOLACCI, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>YH LEX ESTATES LLC, a New York limited liability company,<br><br>  Defendant,<br><br>and<br><br>EZL 40 MEADOW LANE LLC, a Delaware limited liability company,<br><br>  Nominal Defendant. | Case No.: 1:21-cv-24423-MGC |

**NOTICE OF SUGGESTION OF PENDENCY OF**
**BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS**

PLEASE TAKE NOTICE that, on April 6, 2022 (the "Petition Date"), defendant EZL 40 Meadow Lane LLC (the "Debtor") commenced a case by filing a voluntary petition for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtor's chapter 7 case is styled *In re EZL 40 Meadow Lane LLC*, Case. No. 22-10294 (BLS) (Bankr. D. Del.). The above captioned action involves and impacts issues concerning property of the Debtor's estate within the meaning of Section 541 of the Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE that, in accordance with the automatic stay imposed by section 362 of the Bankruptcy Code, from and after the Petition Date no cause of action arising prior to the Petition Date or relating to the period prior to the Petition Date may be commenced or prosecuted against the Debtor, and no related judgment may be entered or enforced against the Debtor, outside of the Bankruptcy Court without the Bankruptcy Court first issuing an order lifting or modifying the automatic stay.

Dated: April 11, 2022

        VINCENT F. VACCARELLA, PA

        */s/ John A. Moore*
        John A. Moore
        888 East Las Olas Blvd
        Suite 700
        Fort Lauderdale, FL 33301
        Phone: (305) 932-4044
        Facsimile: (305) 932-4990
        Email: jmoore@v-law.net

        *Attorney for Plaintiff*