UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-24423-Civ-COOKE/DAMIAN**

RANEE BARTOLACCI, an individual,

Plaintiff,

vs.

YH LEX ESTATES LLC, a New York limited
liability company,

Defendant,

and

EZL 40 Meadow Lane, LLC,
a Delaware limited liability company,

Nominal Defendant.
_____/

**ORDER STAYING UPON SUGGESTION OF BANKRUPTCY**

    **THIS MATTER** is before the Court on the Suggestion of Bankruptcy (ECF No. 18), filed April 11, 2022. The Suggestion of Bankruptcy triggers an automatic stay of this case pursuant to 11 U.S.C. § 362. It is therefore **ORDERED and ADJUDGED** as follows:

    1.    This case is **STAYED** until the conclusion of the bankruptcy action involving Nominal Defendant EZL 40 Meadow Lane, LLC.

    2.    Beginning sixty days after the date of this Order, and every sixty days thereafter, counsel for Nominal Defendant EZL 40 Meadow Lane, LLC shall file a status report with this Court outlining, in detail, the status of the bankruptcy action. Failure to timely file a status report in compliance with this order may result in sanctions against Counsel.

    3.    If the bankruptcy court lifts the automatic stay in this matter the Parties must provide the Court with a copy of that order within ten days of its issuance.

    4.    In the interim, the Clerk is directed to ***administratively***

**CLOSE** this case and all pending motions are **DENIED AS MOOT**.

**DONE and ORDERED** in chambers at Miami, Florida, this 12th day of April 2022.

*[signature: Marcia G. Cooke]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Melissa Damian, U.S. Magistrate Judge*
*Counsel of record*